FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MMIP-0227
(Inmate Number)

LEVI SLACK JR
(Name of Plaintiff)

730 E WALNUT ST
(Address of Plaintiff)

LEBANON, PA. 17042

vs.

LEBANON COUNTY CORRECTIONAL FACILITY
730 E WALNUT ST.
LEBANON PA. 17042
(Names of Defendants)

1 : CV01-0708
(Case Number)

COMPLAINT
FILED
SCRANTON
APR 23 2001

PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  Previous Lawsuits

    A.  If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
        NONE

II. Exhaustion of Administrative Remedies

    A.  Is there a grievance procedure available at your institution?
        ✓ Yes ___ No

    B.  Have you filed a grievance concerning the facts relating to this complaint?
        ✓ Yes ___ No

        If your answer is no, explain why not _____

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant ROBERT L RAIGER is employed as WARDEN at LEBANON COUNTY CORRECTIONAL FACILITY

B. Additional defendants CAPT ROBERT J KARNES CAPT. of SECURITY AT LEBANON COUNTY CORRECTIONAL FACILITY (and the rest of the Management Team responsible for my status: Michael J. Gerrity - deputy Warden of Operations, John Russell - deputy Warden of Treatment, Edward B. McIntyre - Director of Training, Michael L. Stuckey - Director of Work Release.)

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. WARDEN RAIGER, AND CAPT KARNES PLACED ME ON ADMINISTRATIVE SEGREGATION, STATING THAT THE PURPOSE of it being, MY STATE CORRECTIONAL RECORD STATES I AM A SECURITY RISK while housed AT LCCF

2. Plaintiff has been on ADMINISTRATIVE SEGREGATION SINCE 2-28-01 until present time 3-20-01, AND HAS NOT RECIEVED ANY MISCONDUCTS to justify this STATUS

3. HOUSED IN QUARENTINE, with INMATES NOT MEDICALLY cleared by faculty, EVEN though I'm A STATE PRISONER INCARCERATED SINCE SEPTEMBER 1999. QUARENTINE SECTION IS AT TIMES UNSECURED, AND PLAINTIFF IS AFFORDED RECREATION TIME WITH QUARENTINE

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff requests monetary damages, for the pain and suffering inflicted. This institution has been extreemly cruel and has used unusual punishment as treatment

2. Plaintiff want record to reflect that he was unjustly classified at L.C.C.F., as a security risk, so it does not affect any other incarceration currently served

3. Plaintiff has been medically affected by being housed with uncleared inmates. Has repeatedly gotten sick, and has been treated by staff at LCCF, and charged for medical attention

Signed this 20th day of March, 2001

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

03-20-01                        _____
(Date)                          (Signature of Plaintiff)

# AUTHORIZATION
(Prisoner's Account Only)

> **NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _Levi Sleek, Jr._, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _03-20-01_, _19/2001_

_____
Signature of Prisoner