

FILED
SCRANTON
APR 23 2001
PER _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Levi Slack, Jr.
_____
(Plaintiff)

v.

Lebanon County Correctional Facility
_____
(Defendant)

RECEIVED
SCRANTON
APR 10 2001
PER _____
    DEPUTY CLERK

AFFIDAVIT/DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

1:CV01-0708

I, Levi Slack, Jr._____, certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

1.  Are you presently employed?   Yes ____   No ✓

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

        _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

        1999 STUDENT WORKER P/T $6.00 hr.

2.  Have you received within the past twelve months any money from any of the following sources?

    a.  Business, profession or form of self-employment?   Yes ___ No ✓
    b.  Rent payments, interest or dividends?              Yes ___ No ✓
    c.  Pensions, annuities or life insurance payments?    Yes ___ No ✓
    d.  Gifts or inheritances?                             Yes ___ No ✓
    e.  Any other sources?                                 Yes ___ No ✓

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

3. Do you own any cash, or do you have money in a checking or savings account? Yes ___ No ___ (Include any funds in prison accounts.)

If the answer is yes, state the amount of cash or the present balance in any account.

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing? Yes ___ No ✓

If the answer is yes, describe the property and state its approximate value. _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

_____

I understand that a false statement or answer to any questions in this affidavit/ unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03-20-01
                  Date

_____
Signature of Plaintiff

-2-