IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEVI SLACK, JR., | CIVIL ACTION NO. **4:CV-01-0708** |
| Plaintiff | (Judge Caldwell) |
| v. | (Magistrate Judge Blewitt) |
| LEBANON COUNTY CORRECTIONAL FACILITY, et al., | |
| Defendants | |

**FILED SCRANTON**

APR 27 2001

PER _AMO_
DEPUTY CLERK

### ORDER

AND NOW, this 27th day of **April, 2001**, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis **(Doc. 2)** is construed as a motion to proceed without full prepayment of fees and costs.

2. Said Motion is **GRANTED**.

3. The Clerk of Court is directed to serve Plaintiff's Complaint (Doc. 1) in accordance with Rule 4 of the Federal Rules of Civil Procedure. The Defendants are requested to waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.[1]

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: April 27, 2001

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.