FILED
SCRANTON

## AFFIDAVIT

MAY 03 2001

PER _____
DEPUTY CLERK

NAME OF PRISON  LEBANON COUNTY CORRECTIONAL FACILITY

CIVIL NO: 1:01-cv-00708

I, Robert L. Raiger, being duly sworn, depose and say:

(1) I am employed as Warden at LCCF.

I have served in that capacity since July 3, 1981.

(2) The plaintiff, Levi Slack Jr., Reg. No. _____ is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff.

a. PRISON ACCOUNT

1. Present Balance: $ 0.00

2. Balance six months ago: $ 0.00

3. Total Amount of Deposits during the past six months: $ 150.00

b. Average Monthly Institutional Employment Wage: $ 0.00

c. Other Resources: None

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding six months.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

(6) So inform the court if the records are at another institution or if the records are for some reason unavailable.

ROBERT L. RAIGER
WARDEN

Sworn to and subscribed before me this 30th day of April, 2001.

NOTARY PUBLIC
My Commission Expires:

NOTARIAL SEAL
CHARLENE D. SEMASKA, NOTARY PUBLIC
Lebanon, Lebanon County
My Commission Expires May 14, 2001

Inmate Account Summary Report
Lebanon County Correctional Facility

Page 1 of 1

Today's Date: 04/30/2001

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SLACK | LEVI | | JR. | MMIP-0227 |

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 02/13/2001 09:01 | Withdrawal | -.84 | CM | | COMMITMENT PACK | -.84 | 184837 |
| Authorizing Employee: 00030 | | | | | Document Locator Number: | | |
| 03/01/2001 15:34 | Deposit | 40.00 | MO | | CARLA HUBBARD | 39.16 | 189223 |
| Authorizing Employee: 00030 | | | | | Document Locator Number: A11982 | | |
| 03/08/2001 09:24 | Withdrawal | -39.12 | CO | | COMMISSARY SUMMARY POSTING | .04 | 191306 |
| Authorizing Employee: | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | |
| 03/09/2001 16:23 | Withdrawal | -24.87 | MD | | MEDICATION | -24.83 | 191909 |
| Authorizing Employee: 991107 | | | | | Document Locator Number: PER MEDICAL 2/24/01 | | |
| 03/14/2001 14:26 | Deposit | 20.00 | MO | | CARLA HUBBARD | -4.83 | 193143 |
| Authorizing Employee: 00030 | | | | | Document Locator Number: A12020 | | |
| 03/19/2001 15:21 | Deposit | 40.00 | MO | | LEVI SLACK | 35.17 | 194501 |
| Authorizing Employee: 00030 | | | | | Document Locator Number: A12037 | | |
| 03/21/2001 09:29 | Withdrawal | -35.00 | CK | 22203 | ASHLEY SLACK | .17 | 195169 |
| Authorizing Employee: 00030 | | | | | Document Locator Number: 129733 | | |
| 03/28/2001 14:31 | Deposit | 50.00 | MO | | CARLA HUBBARD | 50.17 | 197221 |
| Authorizing Employee: 00030 | | | | | Document Locator Number: A12069 | | |
| 04/04/2001 10:48 | Withdrawal | -40.00 | CK | 22348 | ASHLEY SLACK | 10.17 | 199254 |
| Authorizing Employee: 00030 | | | | | Document Locator Number: 129844 | | |
| 04/05/2001 22:53 | Withdrawal | -7.90 | CO | | COMMISSARY SUMMARY POSTING | 2.27 | 199503 |
| Authorizing Employee: 00030 | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | |
| 04/06/2001 14:46 | Withdrawal | -.25 | CP | | MANILLA ENVELOPE | 2.02 | 199767 |
| Authorizing Employee: 00030 | | | | | Document Locator Number: 1 MAN ENV | | |
| 04/19/2001 15:00 | Withdrawal | -4.65 | IP | | INDIGENT PACK | -2.63 | 203417 |
| Authorizing Employee: 991107 | | | | | Document Locator Number: 4/11/01 | | |

Total Withdrawals   -152.63
Total Deposits       150.00