## WAIVER OF SERVICE OF SUMMONS

TO: _Levi Slack Jr._   _Caldwell/Hewitt_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Slack_ VS _Lebanon County Corr. Facility_, which is case number _CV-01-708_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _5-9-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5/21/01_                          _Robert L. Raiger_
Date                                Signature

Printed/typed name:    Robert L. Raiger

Title if any:          Warden

Address of person      Lebanon Co. Dept. of Corrections
signing:               730 East Walnut Street
                       Lebanon, Penna. 17042

Representing
defendant(s) if any:   _____

FILED
SCRANTON

MAY 29 2001

PER _____
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: __Levi Slack, Jr.__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Slack__ VS __Lebanon County Corr. Facility__, which is case number __CV-01-708__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __5-9-01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__5/21/01__   __[signature]__
Date          Signature

Printed/typed name:   Robert J. Karnes

Title if any:   Captain/Director of Security

Address of person signing:   Lebanon Co. Dept. of Corrections
730 East Walnut Street
Lebanon, Penna. 17042

Representing defendant(s) if any: _____

FILED
SCRANTON

MAY 29 2001

PER ___
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _Levi Slack, Jr._
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Slack_ VS _Lebanon County Corr. Facility_, which is case number _CV-01-708_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _5-9-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5/21/01_  
Date

_[signature]_  
Signature

Printed/typed name: Michael J. Gerrity

Title if any: Deputy Warden of Operations

Address of person signing: Lebanon Co. Dept. of Corrections
730 East Walnut Street
Lebanon, Penna. 17042

Representing defendant(s) if any:

FILED
SCRANTON

MAY 29 2001

PER ___ DEPUTY CLERK

WAIVER OF SERVICE OF SUMMONS

TO: _Levi Slack Jr._
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Slack_ VS _Lebanon County Corr. Facility_, which is case number _CV-01-708_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _5-9-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5/21/01_
Date

_John R. Russell_
Signature

Printed/typed name: John R. Russell

Title if any: Deputy Warden of Treatment

Address of person signing: Lebanon Co. Dept. of Corrections
730 East Walnut Street
Lebanon, Penna. 17042

Representing defendant(s) if any:

FILED
SCRANTON

MAY 29 2001

PER _____ DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _Levi Slack Jr._
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Slack_ VS _Lebanon County Corr. Facility_, which is case number _CV-01-708_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _5-9-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5/21/01_                           _[signature]_
Date                                Signature

Printed/typed name:   Edward B. McIntyre

Title if any:         Director of Training

Address of person     Lebanon Co. Dept. of Corrections
signing:              730 East Walnut Street
                      Lebanon, Penna. 17042

Representing
defendant(s) if any:

FILED
SCRANTON

MAY 29 2001

PER _____
        DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Levi Slack, Jr._
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Slack_ VS _Lebanon County Corr. Facility_, which is case number _CV-01-708_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _5-9-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5/21/01_
Date

_[signature]_
Signature

Printed/typed name: Michael K. Stuckey

Title if any: Director of Work Release

Address of person signing: Lebanon Co. Dept. of Corrections
730 East Walnut Street
Lebanon, Penna. 17042

Representing defendant(s) if any:

FILED
SCRANTON
MAY 29 2001

PER _____
DEPUTY CLERK