ORIGINAL

David L. Schwalm, Esquire
**Thomas, Thomas & Hafer, LLP**
Attorney I.D. #32574
305 North Front Street
P. O. Box 999
Harrisburg, PA 17108-0999
(717) 255-7643
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEVI SLACK, JR., <br> Plaintiff | : <br> : <br> : CIVIL ACTION – LAW |
| v. | : <br> : NO. 1: CV 01-0708 |
| LEBANON COUNTY <br> CORRECTIONAL FACILITY, et al., <br> Defendants | : <br> : <br> : |

FILED
HARRISBURG

JUN 0 8 2001

MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter the appearance of David L. Schwalm, Esquire, and Thomas, Thomas & Hafer, LLP, on behalf of Defendants Lebanon County, Robert L. Raiger, Robert J. Karnes, Michael J. Gerrity, John R. Russell, Edward B. McIntyre and Michael K. Stuckey in the above-captioned matter.

THOMAS, THOMAS & HAFER, LLP

_____
David L. Schwalm, Esquire
Attorney I.D. No. 32574
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108-0999
(717) 255-7643
Attorneys for Defendants

Date: June 8, 2001
:134019.1

## CERTIFICATE OF SERVICE

I, David L. Schwalm, Attorney for Thomas, Thomas & Hafer, LLP, hereby certify that a copy of the foregoing document was served upon the following, by enclosing a true and correct copy in an envelope addressed as follows, postage prepaid:

Levi Slack, Jr.
MMIP-0227
c/o Lebanon County Prison
730 E. Walnut Street
Lebanon, PA  17042

THOMAS, THOMAS & HAFER, LLP

David L. Schwalm, Esquire
Attorney I.D. # 32574
305 North Front Street
P. O. Box 999
Harrisburg, PA  17108-0999
(717) 255-7643
Attorneys for Defendants

Date: June 8, 2001

:134019.1