Levi Slack Jr.
CTY-LEB
Lebanon County Prison
MMIP-0227
730 E. Walnut Street
Lebanon, PA  17042

Re: 1:01-cv-00708

