R&R
dtd 8/23/01

Levi Slack Jr.
CTY-LEB
Lebanon County Prison
MMIP-0227
730 E. Walnut Street
Lebanon, PA 17042

Re: 1:01-cv-00708