In The United States District Court

for The Middle District of Pennsylvania

**ORIGINAL**

FILED
HARRISBURG

OCT 16 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Mr. Levi Sleek, Jr.
230 E. Walnut, Str.
Lebanon, Pa. 17042

Clerk Of Courts
U.S. District Court
228 Walnut Street
P.O. Box #993
Harrisburg, Pa. 17108

Levi Sleek, Jr.
Plaintiff                                    Civil Action No: 1:CV-01-

vs.

Lebanon County Correctional
Facility, et al.
Defendants

Now comes Plaintiff Levi Sleek, Jr. Pro Se Petitioner on this 12th day of October 2001. I contest the Report & Recommendation of the United States Magistrate Judge dated August 23rd, 2001, which recommends dismissing my complaint for the following reasons. Defendants claim that Plaintiff left no change of address after he left LCCF. However I left a request slip to the administration of LCCF requesting my mail be forwarded to me at SCI-Greene Progress Drive Waynesburg, Pa. 15370. Plaintiff further contents he was not on much release as transported custody & Defendants knew indubitably where Plaintiff was destined which is proven by the rest of my mail besides my legal issues being forwarded. These are proof of more blatant act of injustice & unprofessionalism heaped upon me by said Defendants. Let the record reflect Plaintiff does not wish to discontinue proceedings, however Plaintiff is very much interested in obtaining relief for my sufferings. Plaintiff prays the motion to continue prosecuting proceedings is granted for the above indicated reasons.

Respectfully Submitted;

Dated: 10/12/01

cc: file

X Mr. L. Sleek Jr.
Mr. Levi Sleek, Jr.