see a/s

(20)
10/24/01
ysm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEVI SLACK, JR.,
    Plaintiff

    vs.     :     CIVIL ACTION NO. 1:CV-01-0708

LEBANON COUNTY CORRECTIONAL
FACILITY, et al.,
    Defendants

FILED
HARRISBURG, PA

OCT 2 3 2001

MARY E. D'ANDREA, CLERK
PER_____
    DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    The magistrate judge filed a report and recommendation, dated August 23, 2001, recommending that we dismiss Plaintiff's complaint, in part, because Plaintiff did not respond to the Defendants' pending motion to dismiss and/or for summary judgment. After consideration of the report, we issued an order on October 2, 2001, directing Plaintiff to file a statement indicating whether he intends to oppose Defendants' motion. On October 16, 2001, Plaintiff filed a statement indicating that he wishes to proceed with this action.

    To allow Plaintiff to properly respond to the Defendants' motion, we will order the Clerk of Court to send Plaintiff the documents in this case that he never received, and we will grant him leave to oppose Defendants' motion.

AO 72A
(Rev.8/82)

Accordingly, this 23rd day of October, 2001, it is ordered that:

1. The Clerk of Court shall deliver to Plaintiff, Levis Slack, Jr., the following documents: Standing Practice Order, dated April 24, 2001, (Doc. No. 6); Order of the Magistrate Judge, filed April 27, 2001, (Doc. No. 7); Defendants' Motion to Dismiss and/or for Summary Judgment, dated July 12, 2001, (Doc. No. 12); Defendants' Supporting Brief, dated July 12, 2001, (Doc. No. 13); Order of the Magistrate Judge, filed August 10, 2001, (Doc. No. 14); and Report of the United States Magistrate Judge, dated August 23, 2001, (Doc. No. 16).

2. Plaintiff shall file an appropriate response to the Defendants' pending motion within twenty (20) days of the date of this Order.

3. This case is remanded to the Magistrate Judge for further proceedings.

William W. Caldwell
United States District Judge

2

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

October 23, 2001

Re:  1:01-cv-00708   Slack v. Lebanon County

True and correct copies of the attached were mailed by the clerk to the following:

Levi Slack Jr.
CTY-LEB
Lebanon County Prison
MMIP-0227
730 E. Walnut Street
Lebanon, PA  17042

*w/ docs 6, 7, 12, 13, 14 & 16 as per order S+R*

David L. Schwalm, Esq.
Thomas, Thomas & Hafer, LLP
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA  17108

cc:
Judge                          ( / )              ( X ) Pro Se Law Clerk
Magistrate Judge               (   )              (   ) INS
U.S. Marshal                   (   )              (   ) Jury Clerk
Probation                      (   )
U.S. Attorney                  (   )
Atty. for Deft.                (   )
Defendant                      (   )
Warden                         (   )
Bureau of Prisons              (   )
Ct Reporter                    (   )
Ctroom Deputy                  (   )
Orig-Security                  (   )
Federal Public Defender        (   )
Summons Issued                 (   ) with N/C attached to complt. and served by:
                                    U.S. Marshal (   )    Pltf's Attorney (   )
Standard Order 93-5            (   )
Order to Show Cause            (   ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen  (   )   PA Atty Gen (   )
                                         DA of County (   )   Respondents (   )
Bankruptcy Court               (   )
Other_____     (   )

MARY E. D'ANDREA, Clerk

DATE: 10/23/01         BY: /s/
                           Deputy Clerk