(22)

11/13/01

1:CV-01-0708

FIRST CLASS MAIL
FEB 22 3500
US 500 N
US METER 89023



**FILED**
HARRISBURG, PA

NOV 0 9 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

*NEED CORRECT INMATE NUMBER*

Levi Slack, Jr.
#NMP-0027
SCI-XXX Mercury Virginia
XX 15B PA 15370

~~734-8520902~~

*EK-3358*



RETURN TO SENDER

228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS



THE CLERK
S DISTRICT COURT
TATES COURTHOUSE
8 WALNUT STREET
P.O. BOX 983
RRISBURG, PA 17108

OFFICIAL BUSINESS

RELEASED - LEFT
NO ADDRESS
OF GRANTOR, LEBANON, PA

HARRISBURG
10-23-01
PA

U.S. OFFICIAL MAIL
U.S. POSTAGE
PENALTY
FOR
PRIVATE
USE $300
☆ ☆
≈ 3,500
N METER
590023

PTS
N TO SENDER

☐ INSUFFICIENT ADDRESS      ● OTHER
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD

A
C
S