See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEVI SLACK, JR., :
    Plaintiff
     :

vs. : CIVIL ACTION NO. 1:CV-01-0708
     :
LEBANON COUNTY CORRECTIONAL
FACILITY, et al., :
    Defendants



O R D E R

AND NOW, this 24th day of January, 2002, upon consideration of the Report of the United States Magistrate Judge dated December 21, 2001, to which no exceptions have been filed, and upon an independent review of the record, it is ordered that the Magistrate Judge's Report is adopted. It is further ordered that:

    1) Plaintiff's complaint is dismissed.

    2) Defendants' motion to dismiss or for summary judgment, filed July 12, 2001, (Doc. No. 12), is dismissed as moot.

    3) The Clerk of Court shall close this file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

Certified from the record
Date 1/24/02
Mary E. D'Andrea, Clerk
Per /s/ Ann Jerene Michael
Deputy Clerk

AO 72A
(Rev.8/82)

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                            January 24, 2002


     Re:  1:01-cv-00708    Slack v. Lebanon County



     True and correct copies of the attached were mailed by the clerk
     to the following:


          Levi Slack Jr.
          SCI-GREENE
          EK-3258
          1030 East Roy Furman Highway
          Waynesburg, PA  15370-8089

          David L. Schwalm, Esq.
          Thomas, Thomas & Hafer, LLP
          305 North Front Street
          Sixth Floor, P.O. Box 999
          Harrisburg, PA  17108
```

```
cc:
Judge                        (✓)           ( ) Pro Se Law Clerk
Magistrate Judge             (✓)           ( ) INS
U.S. Marshal                 ( )           ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                (✓)
Orig-Security                (✓)
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen   ( )    PA Atty Gen ( )
                                     DA of County  ( )    Respondents ( )
Bankruptcy Court             ( )
Other_____( )
                                                MARY E. D'ANDREA, Clerk
```

DATE: __1/24/02__                              BY: __JSM__
                                                   Deputy Clerk